# CR-FED, LLC Factoring Policies and Rules

We (below meaning both __WIRETECH MFG CORP__, "Seller" under the Factoring and Security Agreement, and __ANCORA SERVICES CORP__, "Guarantor" under the Continuing Guaranty) understand and acknowledge that the following policies and rules of CR-FED, LLC (below "Factor") are required to keep the Factoring and Security Agreement with Factor in good standing and that any failure to meet any of the below items may constitute a breach of the Factoring and Security Agreement and Guaranty and may lead to Seller and Guarantor owing additional damages to Factor.

- Factor is purchasing invoices or accounts receivables from Seller. Factor is not loaning money to Seller.

- We owe Factor the total unpaid amount of the factored invoices sold to Factor, which is more than the amount of money Factor has advanced to Seller.

- As Guarantor, I am personally liable for all monies Seller owes Factor. I understand that if Seller does not pay Factor any amount owed to Factor, then Factor can and probably will sue me personally to collect the money Seller owes Factor.

- When we receive payments from our clients or project owners on any factored invoice or receivable, the money belongs to Factor. We are fiduciaries to Factor in accounting for that money and paying it over to Factor.

- We will not cash or keep any checks or payments on any factored receivables or invoices. We must immediately notify and deliver to Factor any money we receive on any factored invoice or receivable.

- We will immediately notify Factor of any change in the status or condition of any factored invoice or receivable. It is extremely important to notify Factor immediately of any issue that may delay payment or reduce the amount of expected payment on any factored receivable or invoice.

- Any factored invoice or receivable will be for a valid invoice for completed work that is approved and scheduled to be paid according to contract with Seller's customer. We will not factor any invoice or receivable on any job where Seller is in poor standing or has any issue that could hinder payment.

- We must notify Factor immediately of any 3rd party or vendor payments that we are responsible for that may impact the timing or amount of payment due for a factored invoice.

- Factor may advance less than the Advance Cap amount on a Schedule of Invoices if Factor determines that a factored invoice or receivable is worth less than Factor previously believed at the time of the Schedule of Invoices.

- We will be proactive in communicating with Factor and will always be available to come to Factor's office to proactively manage our account, address any concerns, and make arrangements to get our account with Factor current as quickly as possible.

- Factor may contact our customers and project owners at any time to verify the status and validity of any factored invoice. We will actively facilitate communications between Factor and our customers so Factor will know the status of payment on any factored invoice and receivable.

- Our failure to communicate with Factor or to provide reasonable status updates to Factor on the status of payment on any factored invoice may cause Factor to take legal action against us.

Seller:
By: _____
Printed Name: __CARLOS ARTEAGA__
Title: President
Date: __5/19/21__

Guarantor:
By: _____
Printed Name: __ANCORA SERVICES CORPORATION__
Date: __5/19/21__

**PLEASE INITIAL EACH BULLET POINT IN SPACE PROVIDED**

EXHIBIT 2