**Forbearance Agreement**

On June 22, 2022, CR-FED, LLC on the one hand and Wire-Tech Manufacturing Corporation/Ancora Services Corporation and Carlos Michael Arteaga (together below, "**Obligors**") on the other hand make this Forbearance Agreement and agree as follows:

The parties to this Forbearance Agreement are the parties to the Factoring and Security Agreement and written Continuing Guaranty dated May 18, 2021. Wire-Tech Manufacturing Corporation/Ancora Services Corporation is obligated to CR-FED under the Factoring and Security Agreement. Carlos Michael Arteaga is jointly and severally liable with Wire-Tech Manufacturing Corporation/Ancora Services Corporation and obligated to CR-FED under the Continuing Guaranty.

Obligors acknowledge and agree that they have received and misappropriated from CR-FED $79,560.19 in proceeds of payments on accounts sold to CR-FED under the Factoring and Security Agreement without turning the payments over to CR-FED or otherwise accounting to CR-FED for the payments or proceeds. Carlos Michael Arteaga acknowledges that the $79,560.19 was the property of CR-FED, and that he is the person who directed, controlled, and assisted Wire-Tech Manufacturing Corporation/Ancora Services Corporation in receiving and misappropriating the $79,560.19.

Obligors acknowledge that each of them owes CR-FED the sum of $79,560.19 for the proceeds of payments on accounts owned by and owing to CR-FED, which Obligors received and did not turn over to CR-FED but took and used for their own benefit. Obligors also acknowledge that they owe CR-FED additional sums for factoring fees due and owing to CR-FED under the Factoring and Security Agreement. Obligors acknowledge that CR-FED has a present right to take legal action against them to collect the $79,560.19.

Obligors have asked CR-FED to forbear and refrain from taking legal action against them at this time under the terms stated in this Agreement. CR-FED is willing to forbear from taking legal action against them at this time under the terms stated in this Agreement.

The parties agree that the transactions between them are account purchase transactions as that phrase is defined by Texas Finance Code section 306.001(1) and that this Agreement is a continuation of their rights and obligations to each other in those account purchase transactions under the Factoring and Security Agreement and the Continuing Guaranty. The parties agree that no portion of any amount due under this Agreement is or constitutes interest.

Each of the Obligors promises, jointly and severally, to pay CR-FED, LLC as follows:

EXHIBIT 3               Page 1 | 3

- the sum of $7,500.00 by July 20, 2022; and

- beginning in August 2022, the sum of $7,500.00 paid each month, on or by the 20th day of the month, and continuing in the same manner after August 2022 until the total amount of $79,560.19 is paid in full.

If Obligors fail to make any payment in full when due under this Agreement, they will be in default under this Agreement.

Obligors acknowledges that time is of the essence in their obligation to make the payments called for under this Agreement. Payment in full of the entire amount due on each installment on or by the due date is necessary for Obligors not to be in default under this Agreement.

So long as Obligors are not in default under this Agreement, CR-FED will forbear from taking action to collect from Obligors (including, without limitation by suing Obligors) the amounts they owe CR-FED. And so long as Obligors are not in default under this Agreement, no additional factoring fees will accrue on the amount Obligors owe CR-FED under the Factoring Agreement and Continuing Guaranty.

If Obligors do default in any way under this Agreement, the obligation of CR-FED to forbear under this Agreement is automatically lifted without notice to either Obligor, and CR-FED is entitled to take any action permitted by law to assert its rights to collect all amounts Obligors owe CR-FED.

Obligors acknowledge and agree that CR-FED reserves all of its rights and claims against them, and does not waive or give up any right or claim against either of them by making this Agreement. CR-FED agrees to forbear from asserting rights and claims under this Agreement (so long as Obligors make timely payments in full under this Agreement), but CR-FED does not waive or give up any right under this Agreement.

Each Obligor hereby releases, waives, and forever gives up any claim or right that either Obligor ever had or may have had against CR-FED, Fermin Rajunov, or Leonardo Rajunov (the "Released Parties") based on, arising out of, or related in any way to the Factoring and Security Agreement or the purchase or sale of any account under the Factoring and Security Agreement through the date of this Agreement. Fermin Rajunov and Leonardo Rajunov are intended third-party beneficiaries of this release. Obligors intend for this release of their rights and claims against the Released Parties to be broad and comprehensive in favor of the Released Parties.

**Each Obligor waives any right to a jury trial on or for any dispute, claim, or defense based on, arising out of, or related in any way to CR-FED factoring or purchasing any accounts or based on, arising out of, or related in any way to any right or obligation under the Factoring and Security Agreement, the Continuing Guaranty, or this Agreement.**

**Agreed to by:**

_____
Carlos Michael Arteaga, for himself personally and as
An authorized manager or representative of Wire-Tech Manufacturing Corporation/ Ancora Services Corporation -**Obligors**

_____
Fermin Rajunov, as a manager of CR-FED, LLC

STATE OF TEXAS          §

COUNTY OF BEXAR     §

This instrument was acknowledged before me, the undersigned notary public, on June 22, 2022, by Michael Arteaga_____, for himself/herself personally and as an authorized manager or representative of Wire-Tech Manufacturing Corp.___.

Bruno Alonso Martinez
My Commission Expires
03/11/2024
ID No. 132400141

_____
Notary Public, State of Texas