**Loan Modification Agreement**

On June 2̲2̲, 2022, for good and valuable consideration, the receipt and sufficiency of which each party hereby acknowledges, CR-FED ABL, LLC (below, "Lender" ) and Ancora Services Corporation d/b/a Wire-Tech Manufacturing (below, "Borrower") agree as follows:

The parties to this Forbearance Agreement are the parties to a loan by Lender to Borrower documented by the written Promissory Note dated August 25, 2021, in the original principal amount of $100,000.00, with monthly payments called for in the Promissory Note of $9,025.83 to be paid on the first day of each month. References below to the "Debt" mean the debt Borrower originally incurred to Lender under that Promissory Note and modified by this Modification Agreement.

The current balance due on the Debt is $64,806.06 (including both the unpaid principal balance and accrued, unpaid interest and interest to be accrued).

Borrower has asked Lender to modify the terms for repayment of the Debt as stated in this Modification Agreement. Lender agrees to modify the terms for repayment of the Debt as stated in this Modification Agreement. Terms under the Promissory Note not modified by this Modification Agreement remain as stated in the Promissory Note, and are not changed. Payment of the Debt is secured by a written Security Agreement with the same date as the Promissory Note. The parties do not modify the Security Agreement in any way.

Beginning on July 20, 2022, and continuing on or by the 20th day of each month after July 20, 2022, monthly installments of principal and accrued, unpaid interest shall be due and payable to Lender in the amount of $7,500 each until all accrued, unpaid interest and the entire unpaid principal balance are paid in full. The maturity date when all accrued, unpaid interest and all unpaid principal due on the debt under the Promissory Note is _____, 202__. Borrower promises to pay Lender (or to Lender's order) as provided herein. Payments shall be applied first to accrued, unpaid interest and then to the unpaid principal balance.

Except for the modifications to the Promissory Note stated above in this Modification Agreement, Lender reserves all of its rights stated in the Promissory Note and does not waive or give up any right under the Promissory Note. Lender does not modify, waive, or give up any right under the Security Agreement.

Borrower hereby releases, waives, and forever gives up any claim or right that it ever had or may have had against Lender, Fermin Rajunov, or Leonardo Rajunov (the "Released Parties") based on, arising out of, or related in any way to the Promissory Note or the

EXHIBIT 4

Security Agreement through the date of this Agreement. Fermin Rajunov and Leonardo Rajunov are intended third-party beneficiaries of this release. Borrower intends for this release of its rights and claims against the Released Parties to be broad and comprehensive in favor of the Released Parties.

**Each of the parties hereby waives any right to a jury trial for any claim, defense, or disputed issue based on, arising out of, or related in any way to the Promissory Note, the Security Agreement, or this Modification Agreement.**

**Agreed to by:**

_____
Carlos M. Arteaga as president of Ancora Services Corporation d/b/a Wire-Tech Manufacturing

_____
Fermin Rajunov, as a manager of CR-FED ABL, LLC

STATE OF TEXAS        §

COUNTY OF BEXAR    §

    This instrument was acknowledged before me, the undersigned notary public, on June 22, 2022, by Carlos M. Arteaga as president of Ancora Services Corporation d/b/a Wire-Tech Manufacturing.

Bruno Alonso Martinez
My Commission Expires
03/11/2024
ID No. 132400141

_____
Notary Public, State of Texas

**Acknowledgment by Guarantor:**

Carlos M. Arteaga, Guarantor under a written Guaranty Agreement signed simultaneously with the Promissory Note described above, hereby acknowledges the foregoing Modification Agreement and acknowledges the Modification Agreement does not waive, diminish, impair, release, or prejudice any right of CR-FED ABL, LLC against him or any of his obligations to CR-FED ABL, LLC under the Guaranty Agreement in any way. Carlos M. Arteaga hereby acknowledges that all rights of CR-FED ABL, LLC and all of his obligations to CR-FED ABL, LLC under the Guaranty Agreement remain in full force and effect.

_____
Carlos M. Arteaga


STATE OF TEXAS §

COUNTY OF BEXAR §

This instrument was acknowledged before me, the undersigned notary public, on June 22, 2022, by Carlos M. Arteaga.

Bruno Alonso Martinez
My Commission Expires
03/11/2024
ID No. 132400141

_____
Notary Public, State of Texas