#8



# SCHEDULE OF INVOICES

**Client Name:** Wire-Tech Manufacturing Corporation./Ancora Services Corporation.  **Client #:**          **Schedule #:**

| No | Debtor Name | Invoice/Pay App # | Invoice Date | P.O./Project | Amount |
|---|---|---|---|---|---|
| 1 | Southern Folger Detention Equip. Corp | 3118 | 8/16/24 | 97010 | $ 1,150.00 |
| 2 | Southern Folger Detention Equip. Corp | 3122 | 8/19/24 | 97012 | $ 3,825.00 |
| 3 | Southern Folger Detention Equip. Corp | 3123 | 8/19/24 | 97010 | $ 1,725.00 |
| 4 | Leviat | 3108 | 8/6/24 | 045 P176632-1 | $ 2,700.00 |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

*Advance rate up to* __60__ *% of total invoice dollar amount*

| | |
|---|---|
| **TOTAL :** | $ 9,400.00 |
| **ADVANCE CAP:** | $ 5,640.00 |

CR-FED, LLC. Check Number: _____

Date check issued: _____

The undersigned certifies that the parties named above are indebted to the undersigned in the sums set opposite their names, for merchandise sold and delivered, or for work, services, or labor performed & unconditionally accepted. For valuable consideration, receipt of which is acknowledged, undersigned hereby sells, assigns and transfers to CR-FED, LLC. (CR-FED) its successors or assigns, all right, title and interest in and to the above accounts including all monies due thereon, all in accordance with and pursuant to the Accounts Receivable Purchase Agreement heretofore executed by and between the undersigned and CR-FED, all terms and conditions of which are incorporated herein by reference and made part of this sale and assignment as if specifically set forth herein.

This Schedule of Invoices is subject to the Factoring and Security Agreement between the Parties. That Agreement is incorporated into this Schedule of Invoices.  As provided in the Factoring and Security Ageement, in CR-FED's sole discretion, CR-FED may advance less than the Advance Cap to Seller.

**LISTED INVOICES SOLD BY** _Wire-Tech Manufacturing Corporation./Ancora Services Corporation._ _____ **("Seller)"**

**ON:** _08/19/2024_      **SALE CERTIFIED AND AUTHORIZED BY:** _Carlos Michael Arteaga_ _____

Signature: _____      Title: **Owner** _____

I, _Carlos Michael Arteaga_ understand and acknowledged that the personal guaranty being executed pursuant to the Factoring and Security Agreement (Agreement) between CR-FED, LLC (CR-FED) dated, _05/18/2021_     represents **FULL RECOURSE GUARANTY AND HOLDS ME INDIVIDUALLY LIABLE IN THE EVENT OF ANY LOSS INCURRED BY CR-FED RELATED TO THE AGREEMENT.**

## EXHIBIT 5

pg. 1

Further, any loss by CR-FED due to fraud, misrepresentation and/ or Conversion of funds due CR-FED, could be a criminal act and as such would be prosecuted vigorously to the full extent of the law.

All invoices will be attested as to their accuracy and validity by me or other duly designated individual(s) before purchase by CR-FED. CR-FED may choose to confirm some or all of those invoices with the client being invoiced, however full and complete reliance is being made on the undersigns attest.

Acknowledged:

X _____

Siganture of Legal Representative

Company Name: Wire-Tech Manufacturing Corporation./Ancora Services Corporation.

Legal Representative: Carlos Michael Arteaga

Date: 08/19/2024



## ACKNOWLEDGMENT OF SIGNATURE

I, _____ a Notary Public in and for the state and county aforesaid do hereby certify that before me this day personally appeared <u>Carlos Michael Arteaga</u>_____, known to me to be the same persons whose names are subscribed to this Agreement, and acknowledged to me that they executed and delivered this Agreement as his own free and voluntary act, for the uses set forth above.

X _____

Signature of Legal Representative

**SWORN AND SUBSCRIBED TO before me, the undersigned notary public by**

<u>Carlos Michael Arteaga</u>_____ **on this** _____ **day of** _____ **20**_____

_____ **NOTARY PUBLIC in and for the State of** _____

My Commission Expires: _____

pg. 3

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: **CR-FED, LLC**

AUG 19 2024

Signature:

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/6/2024 | 3108 |

| Bill To | Ship To |
|---------|---------|
| Leviat<br>6467 S. Falkenburg Rd<br>Riverview, FL 33578 | Leviat-Converse<br>8521 FM 1976<br>Converse, TX 78109-1546 |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1504 | 045 P176632-1 | Net 30 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | (P) 5.5mm x (SBR) 19.05mm x (LENGTH) 122mm | 10 | 0 | | 10 | 68.50 | 685.00 |
| Manufacture | (P) 8.7mm x (SBR) 19.05mm x (LENGTH) 122mm | 5 | 0 | | 5 | 68.50 | 342.50 |
| Manufacture | (P) 10.7mm x (SBR) 19.05mm x (LENGTH) 122mm | 5 | 0 | | 5 | 68.50 | 342.50 |
| Manufacture | 5.9mm 28mm Headless | 10 | 0 | | 10 | 66.50 | 665.00 |
| Manufacture | 9.0mm 28mm Headless | 5 | 0 | | 5 | 66.50 | 332.50 |
| Manufacture | 11.0 mm 28mm Headless | 5 | 0 | | 5 | 66.50 | 332.50 |

| | |
|---|---|
| Subtotal | $2,700.00 |
| Sales Tax  (0.0%) | $0.00 |
| Total | $2,700.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $2,700.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

AUG 19 2024

Signature:

# Invoice

| Date | Invoice # |
|---|---|
| 8/16/2024 | 3118 |

| Bill To | Ship To |
|---|---|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX 78223-1058 | |

| S.O. No. | P.O. No. | Terms | Project |
|---|---|---|---|
| 24-1511 | 97010 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Manufacture | 1. B-G25096 / 006<br><br>Machine B-020066 Casting<br>Drill .380" Hole Drill .120" Hole Clean and Debur<br><br>Due Date:8/28/2024 | 200 | 0 | | 200 | 5.75 | 1,150.00 |

| | |
|---|---|
| **Subtotal** | $1,150.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $1,150.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,150.00 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

AUG 19 2024

Signature:

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/19/2024 | 3122 |

| Bill To | Ship To |
|---------|---------|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX  78223-1058 | |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1512 | 97012 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | 1. B-025097-001 / 001<br><br>Machine B-020072 Casting<br>Drill .159" through-hole with .187" (.720" deep) countersink horizontally across Eccentric Hub cross member; Drill through hole .093" in Eccentric Hub pin; Clean and Deburr.<br><br>Due Date: 9/13/2024 | 612 | 0 | | 612 | 6.25 | 3,825.00 |

| | |
|---|---|
| Subtotal | $3,825.00 |
| Sales Tax  (0.0%) | $0.00 |
| Total | $3,825.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $3,825.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

AUG 19 2024

Signature:

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/19/2024 | 3123 |

| Bill To | Ship To |
|---------|---------|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX  78223-1058 | |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1511 | 97010 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | 2. B-G25096 / 006<br><br>Machine B-020066 Casting<br>Drill .380" Hole Drill .120" Hole Clean and<br>Debur<br><br>Due Date: 9/06/2024 | 300 | 0 | | 300 | 5.75 | 1,725.00 |

| | |
|---|---|
| **Subtotal** | $1,725.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $1,725.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,725.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |



**#10**

## CULTIVA
FINANCIAL

# SCHEDULE OF INVOICES

**Client Name:** Wire-Tech Manufacturing Corporation./Ancora Services Corporation.   **Client #:**            **Schedule #:**

| No | Debtor Name | Invoice/Pay App # | Invoice Date | P.O./Project | Amount |
|----|-------------|-------------------|--------------|--------------|--------|
| 1 | Southern Folger Detention Equip. Corp | 3136 | 8/30/24 | 97010 | $ 3,975.00 |
| 2 | Southern Folger Detention Equip. Corp | 3137 | 8/30/24 | 97012 | $ 3,925.00 |
| 3 | Southern Folger Detention Equip. Corp | 3138 | 9/3/24 | 97126 | $ 972.50 |
| 4 | Southern Folger Detention Equip. Corp | 3139 | 9/4/24 | 96826 | $ 8,875.00 |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

| | |
|---|---|
| Advance rate up to **60** % of total invoice dollar amount | **TOTAL :** $ 17,747.50 |
| | **ADVANCE CAP:** $ 10,648.50 |

CR-FED, LLC. Check Number: _____

Date check issued: _____

The undersigned certifies that the parties named above are indebted to the undersigned in the sums set opposite their names, for merchandise sold and delivered, or for work, services, or labor performed & unconditionally accepted. For valuable consideration, receipt of which is acknowledged, undersigned hereby sells, assigns and transfers to CR-FED, LLC. (CR-FED) its successors or assigns, all right, title and interest in and to the above accounts including all monies due thereon, all in accordance with and pursuant to the Accounts Receivable Purchase Agreement heretofore executed by and between the undersigned and CR-FED, all terms and conditions of which are incorporated herein by reference and made part of this sale and assignment as if specifically set forth herein.

This Schedule of Invoices is subject to the Factoring and Security Agreement between the Parties. That Agreement is incorporated into this Schedule of Invoices. As provided in the Factoring and Security Agreement, in CR-FED's sole discretion, CR-FED may advance less than the Advance Cap to Seller.

**LISTED INVOICES SOLD BY** Wire-Tech Manufacturing Corporation./Ancora Services Corporation. _____ **("Seller)"**

**ON:** 09/03/2024 _____ **SALE CERTIFIED AND AUTHORIZED BY:** Carlos Michael Arteaga _____

Signature: _____   Title: Owner _____

I, Carlos Michael Arteaga _____, understand and acknowledged that the personal guaranty being executed pursuant to the Factoring and Security Agreement (Agreement) between CR-FED, LLC (CR-FED) dated, 05/18/2021 _____ represents **FULL RECOURSE GUARANTY AND HOLDS ME INDIVIDUALLY LIABLE IN THE EVENT OF ANY LOSS INCURRED BY CR-FED RELATED TO THE AGREEMENT.**

pg. 1

Further, any loss by CR-FED due to fraud, misrepresentation and/ or Conversion of funds due CR-FED, could be a criminal act and as such would be prosecuted vigorously to the full extent of the law.

All invoices will be attested as to their accuracy and validity by me or other duly designated individual(s) before purchase by CR-FED. CR-FED may choose to confirm some or all of those invoices with the client being invoiced, however full and complete reliance is being made on the undersigns attest.

Acknowledged:

X _____

Signature of Legal Representative

Company Name: Wire-Tech Manufacturing Corporation./Ancora Services Corporation.

Legal Representative: Carlos Michael Arteaga

Date: 09/03/2024



## ACKNOWLEDGMENT OF SIGNATURE

I, _____ a Notary Public in and for the state and county aforesaid do hereby certify that before me this day personally appeared Carlos Michael Arteaga _____, known to me to be the same persons whose names are subscribed to this Agreement, and acknowledged to me that they executed and delivered this Agreement as his own free and voluntary act, for the uses set forth above.

X _____

Signature of Legal Representative

**SWORN AND SUBSCRIBED TO before me, the undersigned notary public by**
Carlos Michael Arteaga _____ **on this _____ day of _____ 20_____**

_____ **NOTARY PUBLIC in and for the State of _____**

My Commission Expires: _____

pg. 3

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

SEP 0 3 2024
Signature:

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/30/2024 | 3137 |

| Bill To | Ship To |
|---------|---------|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX 78223-1058 | |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1512 | 97012 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | 2. B-025097-001 / 001 | 500 | 0 | | 500 | 7.85 | 3,925.00 |
| | Machine B-020072 Hub Casting Drill .159" through-hole with .187" (.720" deep) countersink horizontally across Eccentric Hub cross member; Drill through hole .093" in Eccentric Hub pin; Drill out center hole to .378" +/- .001. Tumble to clean and deburr. | | | | | | |
| | Due Date: 9/20/2024 | | | | | | |

| | |
|---|---|
| **Subtotal** | $3,925.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $3,925.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,925.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

# Invoice

SEP 03 2024

Signature

| Date | Invoice # |
|------|-----------|
| 8/30/2024 | 3136 |

| Bill To | Ship To |
|---------|---------|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX  78223-1058 | |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1511 | 97010 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | 3. B-G25096 / 006<br><br>Machine B-020066 Latchbolt casting provide by Southern Folger; Drill .380" Hole; Drill .120" Hole; machining of the thickness to .750" and machine to size with smooth finish for the 45° surface. Clean and Deburr.<br><br>Due Date: 9/13/2024 | 500 | 0 | | 500 | 7.95 | 3,975.00 |

| | |
|---|---|
| **Subtotal** | $3,975.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $3,975.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,975.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

SEP 03 2024

Signature:

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/4/2024 | 3139 |

| Bill To | Ship To |
|---------|---------|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX  78223-1058 | |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1517 | 96826 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | 2. B-030504 / R04<br>5020MG FRONT CYL SLEEVE NEW DESIGN<br><br>Due Date: 10/18/2024 | 500 | 0 | | 500 | 17.75 | 8,875.00 |

| | |
|---|---|
| **Subtotal** | $8,875.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $8,875.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,875.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |



**#11**

## CULTIVA
FINANCIAL

# SCHEDULE OF INVOICES

**Client Name:** Wire-Tech Manufacturing Corporation./Ancora Services Corporation.  **Client #:**  **Schedule #:**

| No | Debtor Name | Invoice/Pay App # | Invoice Date | P.O./Project | Amount |
|----|-------------|-------------------|--------------|--------------|--------|
| 1 | Southern Folger Detention Equip. Corp | 3143 | 9/6/24 | 9710 | $ 3,975.00 |
| 2 | Southern Folger Detention Equip. Corp | 3144 | 9/6/24 | 97012 | $ 3,925.00 |
| 3 | Futaba Industrial Texas | 3126 | 8/30/24 | 240782 | $ 1,875.00 |
| 4 | CHT Ltd | 3115 | 8/15/24 | 4500050403 | $ 15,354.00 |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

| | |
|---|---|
| *Advance rate up to* __60__ *% of total invoice dollar amount* | **TOTAL :** $ 25,129.00 |
| | **ADVANCE CAP:** $ 15,077.40 |

CR-FED, LLC. Check Number: _____

Date check issued: _____

The undersigned certifies that the parties named above are indebted to the undersigned in the sums set opposite their names, for merchandise sold and delivered, or for work, services, or labor performed & unconditionally accepted. For valuable consideration, receipt of which is acknowledged, undersigned hereby sells, assigns and transfers to CR-FED, LLC. (CR-FED) its successors or assigns, all right, title and interest in and to the above accounts including all monies due thereon, all in accordance with and pursuant to the Accounts Receivable Purchase Agreement heretofore executed by and between the undersigned and CR-FED, all terms and conditions of which are incorporated herein by reference and made part of this sale and assignment as if specifically set forth herein.

This Schedule of Invoices is subject to the Factoring and Security Agreement between the Parties. That Agreement is incorporated into this Schedule of Invoices.  As provided in the Factoring and Security Ageement, in CR-FED's sole discretion, CR-FED may advance less than the Advance Cap to Seller.

**LISTED INVOICES SOLD BY** Wire-Tech Manufacturing Corporation/Ancora Services Corporation. _____ **("Seller)"**

**ON:** 09/06/2024 **SALE CERTIFIED AND AUTHORIZED BY:** Carlos Michael Arteaga _____

Signature: _____  Title: Owner _____

I, Carlos Michael Arteaga _____, understand and acknowledged that the personal guaranty being executed pursuant to the Factoring and Security Agreement (Agreement) between CR-FED, LLC (CR-FED) dated, 05/18/2021 _____ represents **FULL RECOURSE GUARANTY AND HOLDS ME INDIVIDUALLY LIABLE IN THE EVENT OF ANY LOSS INCURRED BY CR-FED RELATED TO THE AGREEMENT.**

pg. 1

Further, any loss by CR-FED due to fraud, misrepresentation and/ or Conversion of funds due CR-FED, could be a criminal act and as such would be prosecuted vigorously to the full extent of the law.

All invoices will be attested as to their accuracy and validity by me or other duly designated individual(s) before purchase by CR-FED. CR-FED may choose to confirm some or all of those invoices with the client being invoiced, however full and complete reliance is being made on the undersigns attest.

Acknowledged:

X

Siganture of Legal Representative

Company Name:  Wire-Tech Manufacturing Corporation./Ancora Services Corporation.

Legal Representative:  Carlos Michael Arteaga

Date:  09/06/2024



**CULTIVA**
FINANCIAL

### ACKNOWLEDGMENT OF SIGNATURE

I, _____ a Notary Public in and for the state and county aforesaid do hereby certify that before me this day personally appeared <u>Carlos Michael Arteaga</u>, known to me to be the same persons whose names are subscribed to this Agreement, and acknowledged to me that they executed and delivered this Agreement as his own free and voluntary act, for the uses set forth above.

X _____
Signature of Legal Representative

**SWORN AND SUBSCRIBED TO** before me,  the undersigned notary public by
<u>Carlos Michael Arteaga</u>                    **on this** _____ **day of** _____ **20**_____

_____   **NOTARY PUBLIC in and for the State of** _____

My Commission Expires: _____

pg. 3



**CULTIVA FINANCIAL**

**PROJECT INFORMATION**

**YOUR NAME:** Carlos Michael Arteaga

**COMPANY NAME:** _____

**CONTACT ON SITE:** _____

**PHONE #:** _____

**NAME OF PROJECT:** _____

**PROJECT ADDRESS:** _____

**CITY:** _____

**PROJECT DETAILS**

**EXISTING BUILDING:** _____  **NEW CONSTRUCTION:** _____ **(Includes site work)**

**PROJECT START DATE:** _____  **PROJECT END DATE:** _____

**DESCRIPTION OF WORK TO BE DONE:** _____

_____

**WHO CONTRACTED YOU:** _____

**COMPANY NAME:** _____

**COMPANY CONTACT:** _____

**CONTACT PHONE #:** _____

**ARE YOU A SUB CONTRACTOR TO THE GENERAL CONTRACTOR**    YES    NO

**ARE YOU A CONTRACTOR UNDER THE SUB CONTRACTOR**    YES    NO

**INVOICE # OF YOUR PROJECT:** _____

**ARE THERE MULTIPLE BUILDINGS ON THIS SITE:** _____

**IF YES, IS THERE A BUILDING #:** _____

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

SEP 06 2024

Signature:

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/6/2024 | 3143 |

| Bill To | Ship To |
|---------|---------|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX  78223-1058 | |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1511 | 97010 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | 4. B-G25096 / 006<br><br>Machine B-020066 Latchbolt casting provide by Southern Folger; Drill .380" Hole; Drill .120" Hole; machining of the thickness to .750" and machine to size with smooth finish for the 45° surface. Clean and Deburr.<br><br>Due Date: 9/27/2024 | 500 | 0 | | 500 | 7.95 | 3,975.00 |

| | |
|---|---|
| **Subtotal** | $3,975.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $3,975.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,975.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

SEP 06 2024

Signature

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/6/2024 | 3144 |

| Bill To | Ship To |
|---------|---------|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX 78223-1058 | |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1512 | 97012 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | 3. B-025097-001 / 001<br><br>Machine B-020072 Hub Casting Drill .159" through-hole with .187" (.720" deep) countersink horizontally across Eccentric Hub cross member; Drill through hole .093" in Eccentric Hub pin; Drill out center hole to .378" +/- .001. Tumble to clean and deburr.<br><br>Due Date: 10/11/2024 | 500 | 0 | | 500 | 7.85 | 3,925.00 |

| | |
|---|---|
| Subtotal | $3,925.00 |
| Sales Tax  (0.0%) | $0.00 |
| Total | $3,925.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $3,925.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

SEP 0 6 2024
Signature:

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/30/2024 | 3126 |

| Bill To | Ship To |
|---------|---------|
| Futaba Industrial Texas Corp<br>1 Lone Star Pass Bldg #34<br>San Antonio, TX  78264 | |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1499 | PO-240782 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | Die Block Holder | 1 | 0 | | 1 | 1,875.00 | 1,875.00 |

| | |
|---|---|
| **Subtotal** | $1,875.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $1,875.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,875.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

SEP 06 2024

Signature:

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/15/2024 | 3115 |

| Bill To | Ship To |
|---------|---------|
| Canadian General-Tower LTD<br>PO Box 160<br>52 Middleton Street<br>Cambridge, Ontario<br>Canada  N1R5T6 | CGT US Limited<br>Juan Carlos Elias<br>2827 FM 1101<br>New Braunfels, TX 78130 |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1485 | 4500050403 | Net 30 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | Modify Die Insert Holder to 6 Rows | 18 | 0 | | 18 | 95.00 | 1,710.00 |
| Manufacture | Die Inserts W/ 6 Rows | 36 | 0 | | 36 | 379.00 | 13,644.00 |

| | |
|---|---|
| **Subtotal** | $15,354.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $15,354.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $15,354.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |



**CULTIVA**
FINANCIAL

#12

# SCHEDULE OF INVOICES

**Client Name:** Wire-Tech Manufacturing Corporation./Ancora Services Corporation.   **Client #:**          **Schedule #:**

| No | Debtor Name | Invoice/Pay App # | Invoice Date | P.O./Project | Amount |
|----|-------------|-------------------|--------------|--------------|--------|
| 1 | Southern Folger Detention Equip. Corp | 3149 | 9/13/24 | 96826 | $ 8,875.00 |
| 2 | Southern Folger Detention Equip. Corp | 3150 | 9/13/24 | 97216 | $ 3,047.50 |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

| | | |
|---|---|---|
| Advance rate up to **60** % of total invoice dollar amount | **TOTAL :** | $ 11,922.50 |
| | **ADVANCE CAP:** | $ 7,153.50 |

CR-FED, LLC. Check Number: _____

Date check issued:

The undersigned certifies that the parties named above are indebted to the undersigned in the sums set opposite their names, for merchandise sold and delivered, or for work, services, or labor performed & unconditionally accepted. For valuable consideration, receipt of which is acknowledged, undersigned hereby sells, assigns and transfers to CR-FED, LLC. (CR-FED) its successors or assigns, all right, title and interest in and to the above accounts including all monies due thereon, all in accordance with and pursuant to the Accounts Receivable Purchase Agreement heretofore executed by and between the undersigned and CR-FED, all terms and conditions of which are incorporated herein by reference and made part of this sale and assignment as if specifically set forth herein.

This Schedule of Invoices is subject to the Factoring and Security Agreement between the Parties. That Agreement is incorporated into this Schedule of Invoices. As provided in the Factoring and Security Ageement, in CR-FED's sole discretion, CR-FED may advance less than the Advance Cap to Seller.

**LISTED INVOICES SOLD BY** Wire-Tech Manufacturing Corporation./Ancora Services Corporation.                **("Seller)"**

**ON:** 09/13/2024      **SALE CERTIFIED AND AUTHORIZED BY:** Carlos Michael Arteaga

Signature: _____      Title: Owner _____

I, Carlos Michael Arteaga _____, understand and acknowledged that the personal guaranty being executed pursuant to the Factoring and Security Agreement (Agreement) between CR-FED, LLC (CR-FED) dated, 05/18/2021 _____ represents **FULL RECOURSE GUARANTY AND HOLDS ME INDIVIDUALLY LIABLE IN THE EVENT OF ANY LOSS INCURRED BY CR-FED RELATED TO THE AGREEMENT.**

pg. 1

Further, any loss by CR-FED due to fraud, misrepresentation and/ or Conversion of funds due CR-FED, could be a criminal act and as such would be prosecuted vigorously to the full extent of the law.

All invoices will be attested as to their accuracy and validity by me or other duly designated individual(s) before purchase by CR-FED. CR-FED may choose to confirm some or all of those invoices with the client being invoiced, however full and complete reliance is being made on the undersigns attest.

Acknowledged:

X _____
Siganture of Legal Representative

Company Name: Wire-Tech Manufacturing Corporation./Ancora Services Corporation.

Legal Representative: Carlos Michael Arteaga

Date: 09/13/2024



## ACKNOWLEDGMENT OF SIGNATURE

I, _____ a Notary Public in and for the state and county aforesaid do hereby certify that before me this day personally appeared Carlos Michael Arteaga_____, known to me to be the same persons whose names are subscribed to this Agreement, and acknowledged to me that they executed and delivered this Agreement as his own free and voluntary act, for the uses set forth above.

X _____

Signature of Legal Representative

**SWORN AND SUBSCRIBED TO before me, the undersigned notary public by**
Carlos Michael Arteaga_____ on this _____ day of _____ 20_____

_____ **NOTARY PUBLIC in and for the State of** _____

My Commission Expires: _____

pg. 3

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

SEP 1 3 2024

Signature:

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/13/2024 | 3149 |

| Bill To | Ship To |
|---------|---------|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX 78223-1058 | |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1517 | 96826 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | 3. B-030504 / R04<br>5020MG FRONT CYL SLEEVE NEW DESIGN | 500 | 0 | | 500 | 17.75 | 8,875.00 |

| | |
|---|---|
| Subtotal | $8,875.00 |
| Sales Tax (0.0%) | $0.00 |
| Total | $8,875.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $8,875.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

SEP 13 2024

Signature:

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/13/2024 | 3150 |

| Bill To |
|---------|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX 78223-1058 |

| Ship To |
|---------|
| |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1526 | 97216 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | 76763604 / - LOCK BOLT ASSY 51M/E RB/SB NEW- | 50 | 0 | | 50 | 60.95 | 3,047.50 |

| | |
|---|---|
| **Subtotal** | $3,047.50 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $3,047.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,047.50 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |



**#13**

## CULTIVA
FINANCIAL

# SCHEDULE OF INVOICES

**Client Name:** Wire-Tech Manufacturing Corporation./Ancora Services Corporation.  **Client #:**          **Schedule #:**

| No | Debtor Name | Invoice/Pay App # | Invoice Date | P.O./Project | Amount |
|----|-------------|-------------------|--------------|--------------|--------|
| 1 | Southern Folger Detention Equip. Co. | 3153 | 9/26/24 | Manufacture | $ 5,565.00 |
| 2 | Southern Folger Detention Equip. Co. | 3154 | 9/26/24 | Manufacture | $ 3,925.00 |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

|  |  |
|--|--|
| Advance rate up to **60** % of total invoice dollar amount | **TOTAL :** $ 9,490.00 |
| | **ADVANCE CAP:** $ 6,643.00 |

CR-FED, LLC. Check Number: _____

Date check issued: _____

The undersigned certifies that the parties named above are indebted to the undersigned in the sums set opposite their names, for merchandise sold and delivered, or for work, services, or labor performed & unconditionally accepted. For valuable consideration, receipt of which is acknowledged, undersigned hereby sells, assigns and transfers to CR-FED, LLC. (CR-FED) its successors or assigns, all right, title and interest in and to the above accounts including all monies due thereon, all in accordance with and pursuant to the Accounts Receivable Purchase Agreement heretofore executed by and between the undersigned and CR-FED, all terms and conditions of which are incorporated herein by reference and made part of this sale and assignment as if specifically set forth herein.

This Schedule of Invoices is subject to the Factoring and Security Agreement between the Parties. That Agreement is incorporated into this Schedule of Invoices. As provided in the Factoring and Security Ageement, in CR-FED's sole discretion, CR-FED may advance less than the Advance Cap to Seller.

**LISTED INVOICES SOLD BY** Wire-Tech Manufacturing Corporation./Ancora Services Corporation.                 **("Seller)"**

**ON:** 09/27/2024     **SALE CERTIFIED AND AUTHORIZED BY:** Carlos Michael Arteaga

Signature: _____     Title: Owner _____

I, Carlos Michael Arteaga _____; understand and acknowledged that the personal guaranty being executed pursuant to the Factoring and Security Agreement (Agreement) between CR-FED, LLC (CR-FED) dated, 05/18/2021 _____ represents **FULL RECOURSE** GUARANTY AND HOLDS ME **INDIVIDUALLY LIABLE IN THE EVENT OF ANY LOSS INCURRED BY CR-FED RELATED TO THE AGREEMENT.**

pg. 1

Further, any loss by CR-FED due to fraud, misrepresentation and/ or Conversion of funds due CR-FED, could be a criminal act and as such would be prosecuted vigorously to the full extent of the law.

All invoices will be attested as to their accuracy and validity by me or other duly designated individual(s) before purchase by CR-FED. CR-FED may choose to confirm some or all of those invoices with the client being invoiced, however full and complete reliance is being made on the undersigns attest.

Acknowledged:

X ~~signature~~

Siganture of Legal Representative

Company Name: Wire-Tech Manufacturing Corporation./Ancora Services Corporation.

Legal Representative: Carlos Michael Arteaga

Date: 09/27/2024



## ACKNOWLEDGMENT OF SIGNATURE

I, _____ a Notary Public in and for the state and county aforesaid do hereby
certify that before me this day personally appeared _Carlos Michael Arteaga_____, known to me
to be the same persons whose names are subscribed to this Agreement, and acknowledged to me that they
executed and delivered this Agreement as his own free and voluntary act, for the uses set forth above.

X _____
Signature of Legal Representative

**SWORN AND SUBSCRIBED TO before me, the undersigned notary public by**
_Carlos Michael Arteaga_____ **on this _____ day of _____ 20_____**

_____ **NOTARY PUBLIC in and for the State of _____**

My Commission Expires: _____

pg. 3



**CULTIVA FINANCIAL**

**PROJECT INFORMATION**

YOUR NAME:   Carlos Michael Arteaga

COMPANY NAME: _____

CONTACT ON SITE: _____

PHONE #: _____

NAME OF PROJECT: _____

PROJECT ADDRESS: _____

CITY: _____

**PROJECT DETAILS**

EXISTING BUILDING: _____   NEW CONSTRUCTION: _____ (Includes site work)

PROJECT START DATE: _____   PROJECT END DATE: _____

DESCRIPTION OF WORK TO BE DONE: _____

_____

WHO CONTRACTED YOU: _____

COMPANY NAME: _____

COMPANY CONTACT: _____

CONTACT PHONE #: _____

ARE YOU A SUB CONTRACTOR TO THE GENERAL CONTRACTOR       YES       NO

ARE YOU A CONTRACTOR UNDER THE SUB CONTRACTOR       YES       NO

INVOICE # OF YOUR PROJECT: _____

ARE THERE MULTIPLE BUILDINGS ON THIS SITE: _____

IF YES, IS THERE A BUILDING #: _____

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

SEP 27 2024

Signature: _____

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/26/2024 | 3153 |

| Bill To | Ship To |
|---------|---------|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX 78223-1058 | |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1511 | 97010 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | 2. B-G25096 / 006<br><br>Machine B-020066 Latchbolt casting provide by Southern Folger; Drill .380" Hole; Drill .120" Hole; machining of the thickness to .750" and machine to size with smooth finish for the 45° surface. Clean and Deburr. | 300 | 100 | | 200 | 7.95 | 1,590.00 |
| Manufacture | 5. B-G25096 / 006<br><br>Machine B-020066 Latchbolt casting provide by Southern Folger; Drill .380" Hole; Drill .120" Hole; machining of the thickness to .750" and machine to size with smooth finish for the 45° surface. Clean and Deburr. | 500 | 0 | | 500 | 7.95 | 3,975.00 |

| | |
|--|--|
| Subtotal | $5,565.00 |
| Sales Tax (0.0%) | $0.00 |
| Total | $5,565.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $5,565.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

Wire-Tech Manufacturing Corp.

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

SEP 27 2024

Signature: _____

# Invoice

| Date | Invoice # |
|---|---|
| 9/26/2024 | 3154 |

| Bill To | Ship To |
|---|---|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX 78223-1058 | |

| S.O. No. | P.O. No. | Terms | Project |
|---|---|---|---|
| 24-1512 | 97012 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Manufacture | 4. B-025097-001 / 001<br><br>Machine B-020072 Hub Casting<br>Drill .159" through-hole with .187" (.720" deep) countersink horizontally across Eccentric Hub cross member; Drill through hole .093" in Eccentric Hub pin; Drill out center hole to .378" +/- .001. Tumble to clean and deburr.<br><br>Due Date: 10/18/2024 | 500 | 0 | | 500 | 7.85 | 3,925.00 |

| | |
|---|---|
| Subtotal | $3,925.00 |
| Sales Tax (0.0%) | $0.00 |
| Total | $3,925.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $3,925.00 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

#14



**CULTIVA**
FINANCIAL

# SCHEDULE OF INVOICES

**Client Name:** Wire-Tech Manufacturing Corporation./Ancora Services Corporation.     **Client #:**          **Schedule #:**

| No | Debtor Name | Invoice/Pay App # | Invoice Date | P.O./Project | Amount |
|----|-------------|-------------------|--------------|--------------|--------|
| 1 | Southern Folger Detention Equip. Corp | 3161 | 10/16/24 | Manufacturing | $ 3,975.00 |
| 2 | Leviat | 3155 | 10/1/24 | Manufacturing | $ 1,850.00 |
| 3 | Leviat | 3160 | 10/11/24 | Manufacturing | $ 2,300.00 |
| 4 | Leviat | 3153 | 10/16/24 | Manufacturing | $ 3,153.00 |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

| | | |
|---|---|---|
| *Advance rate up to* __60__ *% of total invoice dollar amount* | **TOTAL :** | $ 11,278.00 |
| | **ADVANCE CAP:** | $ 6,766.80 |

CR-FED, LLC. Check Number: _____

Date check issued: _____

The undersigned certifies that the parties named above are indebted to the undersigned in the sums set opposite their names, for merchandise sold and delivered, or for work, services, or labor performed & unconditionally accepted. For valuable consideration, receipt of which is acknowledged, undersigned hereby sells, assigns and transfers to CR-FED, LLC. (CR-FED) its successors or assigns, all right, title and interest in and to the above accounts including all monies due thereon, all in accordance with and pursuant to the Accounts Receivable Purchase Agreement heretofore executed by and between the undersigned and CR-FED, all terms and conditions of which are incorporated herein by reference and made part of this sale and assignment as if specifically set forth herein.

This Schedule of Invoices is subject to the Factoring and Security Agreement between the Parties. That Agreement is incorporated into this Schedule of Invoices. As provided in the Factoring and Security Ageement, in CR-FED's sole discretion, CR-FED may advance less than the Advance Cap to Seller.

**LISTED INVOICES SOLD BY** Wire-Tech Manufacturing Corporation./Ancora Services Corporation. _____ **("Seller)"**

**ON:** 10/17/2024     **SALE CERTIFIED AND AUTHORIZED BY:** Carlos Michael Arteaga _____

Signature: _____     Title: Owner _____

I, Carlos Michael Arteaga _____ understand and acknowledged that the personal guaranty being executed pursuant to the Factoring and Security Agreement (Agreement) between CR-FED, LLC (CR-FED) dated, 05/18/2021 _____ represents **FULL RECOURSE** GUARANTY AND HOLDS ME **INDIVIDUALLY LIABLE IN THE EVENT OF ANY LOSS INCURRED BY CR-FED RELATED TO THE AGREEMENT.**

pg. 1

Further, any loss by CR-FED due to fraud, misrepresentation and/ or Conversion of funds due CR-FED, could be a criminal act and as such would be prosecuted vigorously to the full extent of the law.

All invoices will be attested as to their accuracy and validity by me or other duly designated individual(s) before purchase by CR-FED. CR-FED may choose to confirm some or all of those invoices with the client being invoiced, however full and complete reliance is being made on the undersigns attest.

Acknowledged:

X _____

Siganture of Legal Representative

Company Name: Wire-Tech Manufacturing Corporation./Ancora Services Corporation.

Legal Representative: Carlos Michael Arteaga

Date: 10/17/2024



## ACKNOWLEDGMENT OF SIGNATURE

I, <u>Jonatan Vega</u> a Notary Public in and for the state and county aforesaid do hereby certify that before me this day personally appeared <u>Carlos Michael Arteaga</u>, known to me to be the same persons whose names are subscribed to this Agreement, and acknowledged to me that they executed and delivered this Agreement as his own free and voluntary act, for the uses set forth above.

X _____
Signature of Legal Representative

JONATAN VEGA RODRIGUEZ
Notary Public, State of Texas
Comm. Expires 03-30-2025
Notary ID 131054320

**SWORN AND SUBSCRIBED TO** before me, **the undersigned notary public by**
<u>Carlos Michael Arteaga</u> on this <u>17</u> day of <u>October</u> 20<u>24</u>

<u>Jonatan V.</u> **NOTARY PUBLIC in and for the State of** <u>TX</u>

My Commission Expires: <u>03/30/25</u>

pg. 3



**CULTIVA FINANCIAL**

### PROJECT INFORMATION

YOUR NAME:  Carlos Michael Arteaga

COMPANY NAME: _____

CONTACT ON SITE: _____

PHONE #: _____

NAME OF PROJECT: _____

PROJECT ADDRESS: _____

CITY:_____

### PROJECT DETAILS

EXISTING BUILDING: _____     NEW CONSTRUCTION: _____ **(Includes site work)**

PROJECT START DATE: _____     PROJECT END DATE: _____

DESCRIPTION OF WORK TO BE DONE: _____

_____

WHO CONTRACTED YOU: _____

COMPANY NAME: _____

COMPANY CONTACT: _____

CONTACT PHONE #: _____

ARE YOU A SUB CONTRACTOR TO THE GENERAL CONTRACTOR     YES     NO

ARE YOU A CONTRACTOR UNDER THE SUB CONTRACTOR     YES     NO

INVOICE # OF YOUR PROJECT: _____

ARE THERE MULTIPLE BUILDINGS ON THIS SITE: _____

IF YES, IS THERE A BUILDING #: _____

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

OCT 17 2024

Signature:

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/16/2024 | 3161 |

| Bill To | Ship To |
|---------|---------|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX 78223-1058 | |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1511 | 97010 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | 5. B-G25096 / 006<br><br>Machine B-020066 Latchbolt casting provide by Southern Folger; Drill .380" Hole; Drill .120" Hole; machining of the thickness to .750" and machine to size with smooth finish for the 45° surface. Clean and Deburr.<br><br>Due Date: 10/04/2024 | 500 | 0 | | 500 | 7.95 | 3,975.00 |

| | |
|---|---|
| Subtotal | $3,975.00 |
| Sales Tax  (0.0%) | $0.00 |
| Total | $3,975.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $3,975.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

OCT 17 2024
Signature:

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/1/2024 | 3155 |

| Bill To | Ship To |
|---------|---------|
| Leviat<br>6467 S. Falkenburg Rd<br>Riverview, FL 33578 | Leviat-Converse<br>8521 FM 1976<br>Converse, TX 78109-1546 |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1518 | 045 P177040-1 | Net 30 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | (DIE BLOCKS)<br>79042/054 DET #1 -D2 Hardened to 56-58 RC | 1 | 0 | | 1 | 1,850.00 | 1,850.00 |

| | |
|---|---|
| **Subtotal** | $1,850.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $1,850.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,850.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

OCT 17 2024

Signature:

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/11/2024 | 3160 |

| Bill To | Ship To |
|---------|---------|
| Leviat<br>6467 S. Falkenburg Rd<br>Riverview, FL 33578 | Leviat-Converse<br>8521 FM 1976<br>Converse, TX 78109-1546 |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1536 | 045 P177908-1 | Net 30 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | 2 Ton Splitter Blades | 12 | 0 | | 4 | 575.00 | 2,300.00 |

| | |
|---|---|
| **Subtotal** | $2,300.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $2,300.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,300.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

OCT 17 2024
Signature: _____

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/16/2024 | 3153 |

| Bill To | Ship To |
|---------|---------|
| Leviat<br>6467 S. Falkenburg Rd<br>Riverview, FL 33578 | Leviat-Converse<br>8521 FM 1976<br>Converse, TX 78109-1546 |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1536 | 045 P177908-1 | Net 30 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | 2 Ton Splitter Blades<br><br>Due Date: 11/01/2024 | 12 | 4 | | 8 | 575.00 | 4,600.00 |

| | |
|---|---|
| **Subtotal** | $4,600.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $4,600.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,600.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

#15



## SCHEDULE OF INVOICES

**Client Name:** Wire-Tech Manufacturing Corporation./Ancora Services Corporation.  **Client #:** _____  **Schedule #:** _____

| No | Debtor Name | Invoice/Pay App # | Invoice Date | P.O./Project | Amount |
|----|-------------|-------------------|--------------|--------------|--------|
| 1 | Southern Folger Detention Equip. Corp | 3170 | 10/30/24 | Manufacture | $ 8,875.00 |
| 2 | Southern Folger Detention Equip. Corp | 3171 | 10/30/24 | Manufacture | $ 9,975.00 |
| 3 | Southern Folger Detention Equip. Corp | 3168 | 10/30/24 | Manufacture | $ 3,975.00 |
| 4 | Southern Folger Detention Equip. Corp | 3169 | 10/30/24 | Manufacture | $ 1,845.00 |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

*Advance rate up to* __60__ *% of total invoice dollar amount*

| | |
|---|---|
| **TOTAL :** | $ 24,670.00 |
| **ADVANCE CAP:** | $ 14,802.00 |

CR-FED, LLC. Check Number: _____

Date check issued: _____

The undersigned certifies that the parties named above are indebted to the undersigned in the sums set opposite their names, for merchandise sold and delivered, or for work, services, or labor performed & unconditionally accepted. For valuable consideration, receipt of which is acknowledged, undersigned hereby sells, assigns and transfers to CR-FED, LLC. (CR-FED) its successors or assigns, all right, title and interest in and to the above accounts including all monies due thereon, all in accordance with and pursuant to the Accounts Receivable Purchase Agreement heretofore executed by and between the undersigned and CR-FED, all terms and conditions of which are incorporated herein by reference and made part of this sale and assignment as if specifically set forth herein.

This Schedule of Invoices is subject to the Factoring and Security Agreement between the Parties. That Agreement is incorporated into this Schedule of Invoices. As provided in the Factoring and Security Ageement, in CR-FED's sole discretion, CR-FED may advance less than the Advance Cap to Seller.

**LISTED INVOICES SOLD BY** Wire-Tech Manufacturing Corporation./Ancora Services Corporation. _____ **("Seller)"**

**ON:** 10/31/2024    **SALE CERTIFIED AND AUTHORIZED BY:** Carlos Michael Arteaga _____

Signature: _____    Title: Owner _____

I, Carlos Michael Arteaga _____, understand and acknowledged that the personal guaranty being executed pursuant to the Factoring and Security Agreement (Agreement) between CR-FED, LLC (CR-FED) dated, 05/18/2021 _____ represents **FULL RECOURSE** GUARANTY AND HOLDS ME INDIVIDUALLY LIABLE IN THE EVENT OF ANY LOSS INCURRED BY CR-FED RELATED TO THE AGREEMENT.

pg. 1

Further, any loss by CR-FED due to fraud, misrepresentation and/ or Conversion of funds due CR-FED, could be a criminal act and as such would be prosecuted vigorously to the full extent of the law.

All invoices will be attested as to their accuracy and validity by me or other duly designated individual(s) before purchase by CR-FED. CR-FED may choose to confirm some or all of those invoices with the client being invoiced, however full and complete reliance is being made on the undersigns attest.

Acknowledged:

X _____
Siganture of Legal Representative

Company Name: Wire-Tech Manufacturing Corporation./Ancora Services Corporation.

Legal Representative: Carlos Michael Arteaga

Date: 10/31/2024



**CULTIVA**
FINANCIAL

### ACKNOWLEDGMENT OF SIGNATURE

I, _Jonatan Vega_ a Notary Public in and for the state and county aforesaid do hereby certify that before me this day personally appeared _Carlos Michael Arteaga_, known to me to be the same persons whose names are subscribed to this Agreement, and acknowledged to me that they executed and delivered this Agreement as his own free and voluntary act, for the uses set forth above.

X _[signature]_
_____
Signature of Legal Representative

> JONATAN VEGA RODRIGUEZ
> Notary Public, State of Texas
> Comm. Expires 03-30-2025
> Notary ID 131054320

**SWORN AND SUBSCRIBED TO before me, the undersigned notary public by**
_Carlos Michael Arteaga_ on this _05_ day of _Nov_ 20 _24_

_Jonatan Vega_ **NOTARY PUBLIC in and for the State of** _TX_

My Commission Expires: _03/30/25_

pg. 3



**CULTIVA FINANCIAL**

### PROJECT INFORMATION

**YOUR NAME:** Carlos Michael Arteaga _____

**COMPANY NAME:** _____

**CONTACT ON SITE:** _____

**PHONE #:** _____

**NAME OF PROJECT:** _____

**PROJECT ADDRESS:** _____

**CITY:** _____

### PROJECT DETAILS

**EXISTING BUILDING:** _____  **NEW CONSTRUCTION:** _____ **(Includes site work)**

**PROJECT START DATE:** _____  **PROJECT END DATE:** _____

**DESCRIPTION OF WORK TO BE DONE:** _____

_____

**WHO CONTRACTED YOU:** _____

**COMPANY NAME:** _____

**COMPANY CONTACT:** _____

**CONTACT PHONE #:** _____

**ARE YOU A SUB CONTRACTOR TO THE GENERAL CONTRACTOR**     YES     NO

**ARE YOU A CONTRACTOR UNDER THE SUB CONTRACTOR**     YES     NO

**INVOICE # OF YOUR PROJECT:** _____

**ARE THERE MULTIPLE BUILDINGS ON THIS SITE:** _____

**IF YES, IS THERE A BUILDING #:** _____

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

OCT 31 2024
Signature:

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/30/2024 | 3169 |

| Bill To | Ship To |
|---------|---------|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX  78223-1058 | |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1530 | 97328 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | 011-3155-001<br>INNER DEADLOCK RELEASE<br>BUSHING<br><br><br>Due Date: 11/15/2024 | 300 | 0 | | 300 | 6.15 | 1,845.00 |

| | |
|---|---|
| **Subtotal** | $1,845.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $1,845.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,845.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

Sold to: CR-FED, LLC

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

OCT 3 1 2024

Signature:

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/30/2024 | 3168 |

| Bill To | Ship To |
|---------|---------|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX 78223-1058 | |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1511 | 97010 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | 6. B-G25096 / 006<br><br>Machine B-020066 Latchbolt casting provide by Southern Folger; Drill .380" Hole; Drill .120" Hole; machining of the thickness to .750" and machine to size with smooth finish for the 45° surface. Clean and Deburr. | 500 | 0 | | 500 | 7.95 | 3,975.00 |

| | |
|---|---|
| **Subtotal** | $3,975.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $3,975.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,975.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

**Wire-Tech Manufacturing Corp.**

Sold to: CR-FED, LLC

# Invoice

7806 Fortune Drive #101
San Antonio, TX 78250-5104

OCT 3 1 2024

Signature:

| Date | Invoice # |
|------|-----------|
| 10/30/2024 | 3171 |

| Bill To |
|---------|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX 78223-1058 |

| Ship To |
|---------|
| |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1547 | 97732 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | B-T58057 / 002<br>Driver 3520 with Xylan 1425 Coating applied.<br><br>Due Date: 11/22/2024 | 500 | 0 | | 500 | 19.95 | 9,975.00 |

| | |
|---|---|
| **Subtotal** | $9,975.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $9,975.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,975.00 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

OCT 3 1 2024

Signature

# Invoice

| Date | Invoice # |
|---|---|
| 10/30/2024 | 3170 |

| Bill To | Ship To |
|---|---|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX  78223-1058 | |

| S.O. No. | P.O. No. | Terms | Project |
|---|---|---|---|
| 24-1537 | 97509 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Manufacture | B-030504 / R04<br>5020MG FRONT CYL SLEEVE NEW DESIGN | 500 | 0 | | 500 | 17.75 | 8,875.00 |

| | |
|---|---|
| Subtotal | $8,875.00 |
| Sales Tax  (0.0%) | $0.00 |
| Total | $8,875.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $8,875.00 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |



**CULTIVA**
FINANCIAL

#16

# SCHEDULE OF INVOICES

**Client Name:** Wire-Tech Manufacturing/Ancora Services Corporation.     **Client #:**          **Schedule #:**

| No | Debtor Name | Invoice/Pay App # | Invoice Date | P.O./Project | Amount |
|----|-------------|-------------------|--------------|--------------|--------|
| 1 | Southern Folger Detention Equip. Co. | 3081B | 07/12/24 | Manufacture | $ 7,756.20 |
| 2 | Southern Folger Detention Equip. Co. | 3093 | 07/19/24 | Manufacture | $ 8,875.00 |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| *Advance rate up to* **70%** *of total invoice dollar amount* | | | | **TOTAL :** | $ 16,631.20 |
| | | | | **ADVANCE CAP:** | $ 9,978.72 |

The undersigned certifies that the parties named above are indebted to the undersigned in the sums set opposite their names, for merchandise sold and delivered, or for work, services, or labor performed & unconditionally accepted. For valuable consideration, receipt of which is acknowledged, undersigned hereby sells, assigns and transfers to CR-FED, LLC. (CR-FED) its successors or assigns, all right, title and interest in and to the above accounts including all monies due thereon, all in accordance with and pursuant to the Accounts Receivable Purchase Agreement heretofore executed by and between the undersigned and CR-FED, all terms and conditions of which are incorporated herein by reference and made part of this sale and assignment as if specifically set forth herein.

This Schedule of Invoices is subject to the Factoring and Security Agreement between the Parties. That Agreement is incorporated into this Schedule of Invoices. As provided in the Factoring and Security Ageement, in CR-FED's sole discretion, CR-FED may advance less than the Advance Cap to Seller.

**LISTED INVOICES SOLD BY:**   Wire-Tech Manufacturing/Ancora Services Corporation.  ("Seller")

**ON:** _____07/19/2024_____   **SALE CERTIFIED AND AUTHORIZED BY:**   Carlos Michael Arteaga

Signature: _____   Title _____Owner_____

I, _____Carlos Michael Arteaga_____, understand and acknowledged that the personal guaranty being executed pursuant to the Factoring and Security Agreement (Agreement) between CR-FED, LLC (CR-FED) dated, _____5/18/2021_____ represents **FULL RECOURSE** GUARANTY AND HOLDS ME **INDIVIDUALLY LIABLE IN THE EVENT OF ANY LOSS INCURRED BY CR-FED RELATED TO THE AGREEMENT.**

pg. 1

Further, any loss by CR-FED due to fraud, misrepresentation and/ or Conversion of funds due CR-FED, could be a criminal act and as such would be prosecuted vigorously to the full extent of the law.

All invoices will be attested as to their accuracy and validity by me or other duly designated individual(s) before purchase by CR-FED. CR-FED may choose to confirm some or all of those invoices with the client being invoiced, however full and complete reliance is being made on the undersigns attest.

Acknowledged:

**X**

Siganture of Legal Representative

Company Name:  Wire-Tech Manufacturing/Ancora Services Corporation.

Legal Representative:  Carlos Michael Arteaga

Date  7/19/2024

pg. 2



**CULTIVA**
FINANCIAL

## ACKNOWLEDGMENT OF SIGNATURE

I, _____ a Notary Public in and for the state and county aforesaid do hereby certify that before me this day personally appeared _____Carlos Michael Arteaga_____ , known to me to be the same persons whose names are subscribed to this Agreement, and acknowledged to me that they executed and delivered this Agreement as his own free and voluntary act, for the uses set forth above.

X _____
Siganture of Legal Representative

**SWORN AND SUBSCRIBED TO before me,  the undersigned notary public by**
_____Carlos Michael Arteaga_____ **on this ____ day of _____ 20____**

_____ **NOTARY PUBLIC in and for the State of _____**

My Commission Expires: _____

Wire-Tech Manufacturing Corp.

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

JUL 19 2024

Signature:

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/12/2024 | 3081B |

| Bill To | Ship To |
|---------|---------|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX 78223-1058 | |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 24-1469 | 96312 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|------|-------------|---------|--------------|-----------|----------|------|--------|
| Manufacture | B-020072 / 001<br>A5020 ECCENTRIC HUB | 200 | 76 | | 124 | 62.55 | 7,756.20 |

| | |
|---|---|
| Subtotal | $7,756.20 |
| Sales Tax (0.0%) | $0.00 |
| Total | $7,756.20 |
| Payments/Credits | $0.00 |
| **Balance Due** | $7,756.20 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |

**Wire-Tech Manufacturing Corp.**

7806 Fortune Drive #101
San Antonio, TX 78250-5104

Sold to: CR-FED, LLC

JUL 19 2024

Signature:

# Invoice

| Date | Invoice # |
|---|---|
| 7/19/2024 | 3093 |

| Bill To | Ship To |
|---|---|
| Southern Folger Detention Equip. Co.<br>4634 S. Presa St.<br>San Antonio, TX  78223-1058 | |

| S.O. No. | P.O. No. | Terms | Project |
|---|---|---|---|
| 24-1456 | 96062 | Net 15 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Manufacture | 3. B-030504 / R04<br>  5020MG FRONT CYL SLEEVE NEW<br>DESIGN | 500 | 0 | | 500 | 17.75 | 8,875.00 |

| | |
|---|---|
| **Subtotal** | $8,875.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $8,875.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,875.00 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 2105997020 | (210) 599-7030 | wiretechmfg.com |